**DENY and Opinion Filed March 28, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-23-00055-CV**

_____

**IN RE ERNESTO CASTILLO, Relator**

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-17721**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Miskel
Opinion by Justice Miskel

In his January 19, 2023 petition for writ of mandamus, relator asks us to vacate the trial court's contempt order in a suit affecting the parent-child relationship. Entitlement to mandamus relief generally requires relator to demonstrate that the trial court clearly abused its discretion and that he lacks an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the petition and the record before us, we conclude that relator has failed to show that the trial court abused its discretion.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Emily Miskel/
—————————————————
EMILY MISKEL
JUSTICE

230055F.P05